IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 4 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | | |
|---|---|---|
| STACEY PRICE BROWN | ) | |
| Plaintiff, | ) | |
| | ) | Docket No. |
| Vs. | ) | |
| | ) | 1 09-MI-0025 |
| BENEFICIAL FINANCE | ) | COMPLAINT |
| Defendant | | |

1. Plaintiff has been in a contractual relationship with Beneficial Finance since 2001 for various purposes; furniture purchase, personal loan, and credit card.

2. Plaintiff maintained a checking account at Wachovia Bank, in Morrow, Georgia, where payments had been made to the Defendant, Beneficial Finance by check and or via on-line banking.

3. On or about September 30, 2008, when Plaintiff failed to make scheduled payment on the account, defendant, Beneficial Finance, created a check in the amount of one hundred seventy dollars, used the routing number of the new checking account, signed the Plaintiff's name to said instrument and fraudulently withdrew said funds from the Morrow branch of the Wachovia Bank, in Georgia in violation of US Code Title 18 Part I Chapter 63 Section 1643.

4. Plaintiff learned of Defendant's act of forgery on or about October 6, 2008 and filed an Affidavit of Forgery on even date and immediately closed her checking account.

5. Wachovia immediately issued a refund of the funds withdrawn from Plaintiff's account together with the overdraft fees.

6. It is clear from the facts that the Defendant, Beneficial Finance, used Wachovia Bank to defraud, by wire transfer, and by fraudulent pretenses, utilizing falsified writings to gain payment that was clearly not authorized by the Plaintiff.

7. 18 U.S. C. Section 1343 provides that if such violation affects a financial institution then such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

8. I pray that the court enhance the sentence against the Defendant Beneficial Finance as provided by the statute.

_____  
Stacey Price Brown, J.D.  
Petitioner  
1024 Cone Road  
Forest Park, Georgia 30297  
404 362-1211

By: _____  
Stacey Price Brown, Pro Se

Date: 1-13-09

**ONLINE IMAGE**
**Account Number: 1010214836868**

Check Number                                    Amount                            Date Posted
3008                                            $170.00                           10/01/2008

---

STACEY PRICE BROWN                                          Date. 09/30/2008
                                                            Check #.    3008
1024 cone rd
FOREST PARK, GA 30297

Pay to the                                                              Amount
order of:  **Beneficial Finance**                                       $170.00

One Hundred Seventy and 00/100 _____ Dollars

WACHOVIA BANK, NA
SAVANNAH, GA

Memo: 321715006453356_15 01008220 - 256

⑆061000227⑆ 1010214836868⑈ 3008⑋00000170000⑋





---

**How To Save This Image**

**PC users**
Internet Explorer:
Right-click on the check image, and choose "Save Picture As..."
Others:
Right-click on the check image, and choose "Save Image As..."

**MAC users**
Internet Explorer:
Click & hold on the check image, and choose "Download Image to Disk."

**WACHOVIA**             **Affidavit of Forgery, Unauthorized Draft or Altered Item**

I, _Stacey Price Brown_ residing at _1024 Cone Road_
in the City of _Forest Park_ County of _Clayton_
and the State/Commonwealth of _Georgia_

have examined the following check/withdrawal/draft:

Account Number _101021493686_8 Account Name _Stacey Price Brown_
Check # _3008_ Dated _10/1/2008_ Amount: $ _$205.00_

And hereby state the following:

☒ **FORGED SIGNATURE/UNAUTHORIZED DRAFT:** That I am the authorized signer of said check/withdrawal/draft and I never signed nor authorized any person to sign my name or debit my account on said check/withdrawal/draft. The signature/authorization appearing thereon was made without my knowledge or consent. I never received any of the proceeds thereof or benefited in any way directly or indirectly from the proceeds.

☐ **COUNTERFEIT ITEM:** That I am the authorized signer of said check/withdrawal/draft and I never signed nor authorized any person to sign my name on said check/withdrawal/draft. The signature appearing thereon was made without my knowledge or consent. I never received any of the proceeds thereof or benefited in any way directly or indirectly from the proceeds.

☐ **ALTERATION:** That the _____ (Amount/Date/Payee) on the item has been altered

from _____ to _____

☒ **FORGED ENDORSEMENT:** That I am the person named as the payee of said check/withdrawal/draft and I never signed nor authorized any person to sign my name on said check/withdrawal/draft. The signature appearing thereon was made without my knowledge or consent. I never received any of the proceeds thereof or benefited in any way directly or indirectly from the proceeds.

☐ **MISSING/IMPROPER ENDORSEMENT:** That I am the person named as the payee of said check/withdrawal/draft and I never received any of the proceeds thereof or benefited in any way directly or indirectly from the proceeds.

I offer the following explanation concerning the negotiation of this instrument. (if none state 'none').

_$170.00 + 35.00 00 fee   $205.00_

I agree to assist Wachovia Bank, National Association and appropriate law enforcement authorities in any investigation and if needed, be a witness in any hearing, proceeding or action brought against the person(s) responsible for the forgery. I have accurately and fully reported to the Bank all the information, knowledge, or facts that I possess concerning the forgery and should anything else concerning the forgery come to my attention, I will immediately report same to the Bank.

This affidavit is made voluntarily and for the purpose of establishing the claim of forgery.

_Stacey Price Brown_                                    Sworn to and subscribed before me this _6TH_
Claimant          (title if business account)

_404 362-1211_  _678 837 1326_                         day of _October_, _2008_
Home Phone    Business Phone

_10/6/2008_                                             _Rose McKinley_ (signature)
Date                                                    Notary Public

Identification: _GA D/L 047232668_                      My Commission Expires

OFFICIAL SEAL
Notary Public, Georgia
Henry County
ROSE McKINLEY
My Commission Expires June 10, 2010

562253 (Rev 01)            Original: Send to Loss Management        Copy: Customer

1525 West W.T. Harris Boulevard
Charlotte, NC 28288



October 7, 2008

**WACHOVIA**

Stacey Brown
1024 Cone Road
Forest Park, GA  30297

Dear Stacey Brown:

Enclosed, you will find Wachovia's Customer Fraud Assistance Information Package.

This package includes five key components:

- **Bank Fraud – How to Minimize Your Risk**
  A quick reference guide of tips designed to help you minimize future fraud risk.

- **Bank Fraud – What to do if You're a Victim**
  A list of general guidelines provided to assist you in understanding the steps you may take to help protect your personal and financial interests.

- **Identity Theft - What to do if Your Identity is Stolen**
  A resource guide you may use if your personal identification has been used in a fraudulent scheme.

- **Customer Activity Log**
  A form you may use to maintain a written chronology of your fraud claim.

We hope you find these materials helpful in managing your personal and account information by minimizing your risk and exposure.  Should you have any questions, please contact the Wachovia Loss Management Department at 1-888-647-3648 or the nearest financial center and refer to Case Number: 14436423

Thank you for your business and we look forward to serving your financial needs.

Wachovia
Loss Management Department